1  Stanley W. Parry
   Nevada Bar No. 1417
2  Shane Jasmine Young
   Nevada Bar No. 9457
3  Edward Chang
   Nevada Bar No 11783
4  Ballard Spahr LLP
   100 North City Parkway, Suite 1750
5  Las Vegas, Nevada 89106-4617
   Telephone: 702-471-7000
6  Facsimile: 702-471-7070
   E-Mail: parrs@ballardspahr.com
7  E-Mail: youngs@ballardspahr.com
   E-Mail: change@ballardspahr.com
8
   Attorneys for Defendants
9  Recontrust Company, N.A.;
   Federal National Mortgage Association;
10 BAC Home Loans Servicing, LP, A
   subsidiary of Bank of America, N.A.
11

12                UNITED STATES DISTRICT COURT

13                     DISTRICT OF NEVADA

14 RICHARD J. LEWIS and              )
   SUSANA MIRELES,                   )   Case No. 2:10-cv-02032-RCJ-LRL
15                                   )
          Plaintiffs,                )
16                                   )
   vs.                               )
17                                   )
   RECONTRUST COMPANY, N.A.;         )
18 FEDERAL NATIONAL                  )
   MORTGAGE ASSOCIATION;             )
19 BANK OF AMERICA, Nevada;          )
   DOES 1-10 AND ROE                 )
20 CORPORATIONS 1-10,                )
                                     )
21        Defendants.                )
                                     )
22

23                      **ORDER OF DISMISSAL**

24     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

25 through their respective counsel, that the above-entitled matter shall be dismissed, with

26 ***

27 ***

28 ***

                        Page 1 of 2

prejudice.

DATED this 26th day of April, 2011.

| ALAN B. ANDREWS, LLC | BALLARD SPAHR LLP |
|---|---|
| /s/ Alan B. Andrews | By /s/ Shane Jasmine Young |
| ALAN B. ANDREWS, ESQ.<br>3820 So. Jones Blvd.<br>Las Vegas, NV 89103-2228<br>Attorney for Plaitniffs | SHANE JASMINE YOUNG, ESQ.<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br>Attorney for Defendants Recontrust Company, N.A.; Federal National Mortgage Association; BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A. |

## ORDER

Pursuant to the Stipulation of the parties hereto, through their respective counsel,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed, with prejudice.

DATED this 26th day of April, 2011.

_____
U.S. DISTRICT JUDGE